IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO. 5:21-MJ-00073-CHW |
| WILLIAM JOSEPH CARLYLE | : |

## ORDER TO UNSEAL

The Court having read the Motion to Unseal in this matter, and it appearing to the Court that Case No. 5:21-MJ-73, and all documents filed therein, should be unsealed,

IT IS ORDERED that Case No. 5:21-MJ-73, be unsealed as to counsel for Defendant William Joseph Carlyle. The case shall remain under seal as to all others.

SO ORDERED, this _5th_ day of October, 2021.

_____
CHARLES H. WEIGLE
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF GEORGIA

Presented by:

_/s/ C. Shanelle Booker_
C. SHANELLE BOOKER
ASSISTANT UNITED STATES ATTORNEY