IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | No. 3:21-CR-45-CAR-CHW |
| **WILLIAM JOSEPH CARLYLE,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

### ORDER ON UNOPPOSED MOTION TO CONTINUE TRIAL

Before the Court is Defendant William Joseph Carlyle's Unopposed Motion to Continue [Doc. 45] the pretrial hearing scheduled for July 21, 2022, and the trial of this case which is set to begin on August 8, 2022, in Athens, Georgia. On September 28, 2021, the Federal Defenders were appointed to represent Defendant under a sealed complaint. On October 14, 2021, the Grand Jury returned a one-count indictment charging Defendant with possession of child pornography, and on November 8, 2021, he pled not guilty at his arraignment. Defendant is currently released from custody on an unsecured bond with conditions. This case has been previously continued three times, and the Government does not oppose Defendant's current request.

In this Motion, defense counsel represents that Defendant is leaning towards trial, but due to the sensitive nature of this case, she cannot adequately prepare and effectively represent her client without further time to review discovery within the Georgia Bureau of Investigation custody. Discovery is voluminous, involving records obtained through

1

search warrants and from internet social networking providers. Much of this evidence cannot be provided directly to Defendant or defense counsel because of minor victims and because of the presence of child pornography in the material. Thus, additional time is needed to review discovery, investigate the case, adequately prepare and effectively represent Defendant, and continue to negotiate a plea, if applicable.

Having considered the matter, the Court finds it serves the ends of justice to grant the parties adequate time to address these matters. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Thus, Defendant's Unopposed Motion to Continue [Doc. 45] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until October 24, 2022, the next term of Court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 12th day of July, 2022.

S/ C. Ashley Royal  
C. ASHLEY ROYAL, SENIOR JUDGE  
UNITED STATES DISTRICT COURT