IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 3:21-CR-45-CAR-CHW |
| WILLIAM JOSEPH CARLYLE, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER ON UNOPPOSED MOTION TO CONTINUE TRIAL**

Before the Court is Defendant's Unopposed Motion to Continue [Doc. 57] the the trial of this case which is set to begin on April 3, 2023, in Athens, Georgia. On September 28, 2021, the Federal Defenders were appointed to represent Defendant under a sealed complaint. On October 14, 2021, the Grand Jury returned a one-count indictment charging Defendant with possession of child pornography, and on November 8, 2021, he pled not guilty at his arraignment. Defendant is currently released from custody on an unsecured bond with conditions. This case has been previously continued multiple times, and the Government does not oppose this additional request.

In this Motion, defense counsel represents that she met with Defendant on February 7, 2023, for their initial meeting due to his father's serious health issues. Counsel states that due to the sensitive nature of this case and the voluminous discovery, additional time is needed to review discovery, actively investigate the case, discuss

1

information obtained from the investigation with Defendant, and continue plea negotiations, if warranted.

Having considered the matter, the Court finds it serves the ends of justice to grant defense counsel and Defendant adequate time to address these matters. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Thus, Defendant's Unopposed Motion to Continue [Doc. 57] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until June 12, 2023, the next term of Court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 15th day of March 2023.

S/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT